# ALABAMA COURT OF CRIMINAL APPEALS



October 11, 2024

**CR-2023-0844**
Robert Fitzgerald Turner v. State of Alabama (Appeal from Lowndes Circuit Court: CC-17-19, CC-17-20, and CC-17-21)

## NOTICE

You are hereby notified that on October 11, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk